UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

In re:  Case No.: 22-19514-LMI
Chapter 7

DANIEL R. OBERTI,

    Debtor.
_____/

**DEBTOR'S MOTION TO VACATE ORDER DISMISSING CASE AND TO REINSTATE CHAPTER 7 CASE**

Debtor, Daniel R. Oberti, by and through undersigned counsel, files this Motion to Vacate Order Dismissing Case and to Reinstate Chapter 7 Case, and states:

1. On December 14, 2022, the Debtor filed a voluntary Chapter 7 petition [ECF 1].

2. On December 15, 2022, a Notice of Incomplete Filings [ECF 7] was issued by the Clerk of the Court indicating that the Debtor's Statement of Social Security Number was due by December 22, 2022, and, in addition, the Summary of Assets and Liabilities and Certain Statistical Information, Schedules A-J, the Statement of Financial Affairs, the Declaration Concerning the Debtor's Schedules, the Chapter 7 Statement of Your Current Monthly Income Form 122A-1, and the Payment Advices (collectively, the "Schedules") were due on December 28, 2022.

3. On December 22, 2022, in compliance with the Notice of Incomplete Filings, the Debtor filed his Statement of Social Security Number [ECF 9].

4. On December 27, 2022, the Debtor filed an Ex-Parte Motion to Extend the Time to File the Schedules [ECF 10], which motion was granted via Court order on December 29, 2022 [ECF 11] and the deadline to file the balance of the incomplete filings was extended through January 12, 2023.

5. On January 12, 2023, the Debtor filed his Schedules, but inadvertently did not file his Payment Advices as the Debtor was not employed at the time of the petition date and was serving as a consultant to optic companies on a 1099 basis.  The failure to file the Payment Advices was an inadvertent oversight by the undersigned.

6. On January 19, 2023, the Section 341 meeting of creditors was held and concluded.

7. On January 21, 2023, the Trustee issued a report of no distribution [ECF 19].

8. On or about January 21, 2023, the undersigned spoke with the Clerk's office regarding the filing of the Schedules (noting there was difficultly in filing the Schedules in this case and the undersigned wanted to clear any issue with the Clerk's office) and the Clerk advised that the Statement of Current Monthly Income and the Attorney Disclosure on fees needed to be filed (note, this is a business Chapter 7 case and the presumption of abuse does not apply).  There was no discussion of the Payment Advices.

9. On January 24, 2023, this Court entered the Order Dismissing Case due to the failure of the Debtor to file the Payment Advices [ECF 25].

10. Certainly, the undersigned is not deflecting blame in any way, but simply is raising the attention to the Court that an effort was made by the undersigned counsel to confirm that the necessary Schedules were filed with the Clerk of the Court three days before the dismissal was entered.  The undersigned acknowledges that this dismissal falls on the undersigned and nobody else.

11. The Debtor is a long-time friend of the undersigned who has represented the Debtor for more than 20 years in defending and resolving creditor claims to avoid a bankruptcy filing. The filing of this bankruptcy was due to the fact that lawsuits and judgments became overwhelming to the Debtor and a Chapter 7 filing was necessary for the Debtor and his

company, Oberti, Inc. who filed a voluntary Chapter 7 petition on December 13, 2022 under Case Number 22-19495-RAM (the "Corporate Case"). The Debtor's situation epitomizes what a 'fresh start' affords to Chapter 7 filers and the undersigned does not want to see this opportunity taken away due to an inadvertent oversight in filing a portion of the Schedules.

12. The undersigned has not charged a fee to the Debtor in this case, or his company in the Corporate Case.

13. Prior to filing this Motion, on January 26, 2023, the Payment Advices of the Debtor were filed as well as the Disclosure of Compensation for the undersigned.

14. The Debtor requests that the order of dismissal be vacated and that this Chapter 7 case be reinstated.

WHEREFORE, the Debtor respectfully requests that this Court enter an Order vacating the Order Dismissing Case and reinstating this Chapter 7 case, and for any further relief deemed just.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

Dated: January 26, 2023.

> Jeffrey S. Berlowitz, P.A.
> Attorneys for the Debtor
> 169 E. Flagler Street
> Suite 700
> Miami, Florida 33131
> Phone: (305) 205-6660
> Email:  jsb@jberllaw.com
> By:/s/ *Jeffrey S. Berlowitz, Esq.*
>     Jeffrey S. Berlowitz, Esq.
>     Fla. Bar. No. 963739

**CERITIFCATE OF SERVICE**

I HEREBY CERTIFY that on January 26, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case including Daniel R. Oberti, 17000 North Bay Road, Apartment 517, North Miami Beach, Florida 33160 (via U.S. mail); Maria Yip, Chapter 7 Trustee, 2 S. Biscayne Boulevard, Suite 2690, Miami, Florida 33131; and the Office of the United States Trustee, 51 SW 1st Avenue, Suite 1204, Miami, Florida 33130.

By:/s/ *Jeffrey S. Berlowitz, Esq.*
Jeffrey S. Berlowitz, Esq.